# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **TAMARA WEATHERLY,** | Case No.: |
| Plaintiff. | 2:20-cv-00478-JMG |
| v. |  |
| **CREDIT ONE BANK, N.A.,** |  |
| Defendant. |  |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: March 26, 2021      By: */s/ Amy L. B. Ginsburg*
                                                       Amy L. B. Ginsburg, Esquire
                                                       Kimmel & Silverman, P.C.
                                                       30 E. Butler Pike
                                                       Ambler, PA 19002
                                                       Phone: (215) 540-8888
                                                       Fax: (877) 788-2864
                                                       Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

**MARK W. FIDANZA**
REED SMITH LLP
THREE LOGAN SQUARE, SUITE 3100
1717 ARCH STREET
PHILADELPHIA, PA 19103
Phone: 215-851-8264
Email: mfidanza@reedsmith.com
Attorney for Defendant


Dated: March 26, 2021             By: */s/ Amy L. B. Ginsburg*
                                         Amy L. B. Ginsburg, Esquire
                                         Kimmel & Silverman, P.C.
                                         30 E. Butler Pike
                                         Ambler, PA 19002
                                         Phone: (215) 540-8888
                                         Fax: (877) 788-2864
                                         Email: aginsburg@creditlaw.com