Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA WEATHERLY, § § Plaintiff, § § v. § § CREDIT ONE BANK, N.A., § § Defendant. § § | Civil Action No. 2:20-cv-00478-JMG |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ *Hyun Yoon*
HYUN YOON
Holland & Knight LLP
Cira Centre
2929 Arch Street, Suite 800
PHILADELPHIA, PA 19104
(215) 252-9537
Fax: 215-867-6070
Email: Eric.Yoon@hklaw.com
Attorney for the Defendant

Date: July 8, 2021

/s/ *Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: July 8, 2021

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

HYUN YOON
Holland & Knight LLP
Cira Centre
2929 Arch Street, Suite 800
PHILADELPHIA, PA 19104
(215) 252-9537
Fax: 215-867-6070
Email: Eric.Yoon@hklaw.com
Attorney for the Defendant

| | |
|---|---|
| DATED:  July 8, 2021 | /s/ *Amy L. Bennecoff Ginsburg* <br> Amy L. Bennecoff Ginsburg Esq. <br> Kimmel & Silverman, P.C. <br> 30 East Butler Pike <br> Ambler, PA 19002 <br> Tel: 215-540-8888 <br> Fax: 215-540-8817 <br> Email:aginsburg@creditlaw.com <br> Attorney for Plaintiff |