## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

TAMARA WEATHERLY,                         :
               Plaintiff,         :
                             :
              v.                  :       Civil No. 2:20-cv-00478-JMG
                             :
CREDIT ONE BANK, N.A.,                    :
               Defendant.        :

_____


**O R D E R**

     **AND NOW,** this 8th day of July, 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:


**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.


                                      Kate Barkman
                                      Clerk of Court


                                      By:


                                      */s/ Brian R. Dixon*_____
                                        Brian R. Dixon
                                        Deputy Clerk to Judge John M. Gallagher